IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:03CV183

| | |
|---|---|
| ANN ELIZABETH SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **DECLARATORY JUDGMENT** |
| ) | |
| OHIO CASUALTY INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

For the reasons stated in the Memorandum and Order filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Defendant has waived and is hereby estopped from enforcing the non-assignment clause and liable to the Plaintiff for coverage under the insurance contract for 237 West Main Street, Ninety Six, South Carolina.

2

**Signed: May 23, 2005**

Lacy H. Thornburg
United States District Judge